PIERCE v. AYER, error to the Supreme Judicial Court of the State of Maine. No. 13. Argued with No. 12.

This writ of error is controlled by the decision in the case just announced. The writ will, therefore, be

*Dismissed.*